[No. 42577-7-II.   Division Two.   May 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS MICHAEL RICKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01897-1, Vicki L. Hogan, J., entered August 19, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 42945-4-II.   Division Two.   May 21, 2013.]

MICHAEL SEGALINE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 27, 2013. Substitute opinion filed. See 176 Wn. App. 1012.

[No. 43341-9-II.   Division Two.   May 21, 2013.]

WASHINGTON STATE MEDICAL ASSOCIATION ET AL., *Appellants*, v. MIKE KREIDLER, *as State Insurance Commissioner*, .*Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-00885-9, Wm. Thomas McPhee, J., entered September 30, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Bjorgen, JJ.